IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1058-07





WILLIAM THOMAS MOUSER, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE TWELFTH COURT OF APPEALS

ANDERSON COUNTY




 Per curiam. KEASLER and HERVEY, JJ., dissent.



ORDER


 The petition for discretionary review violates Rule of Appellate Procedure 68.5,
because the grounds and reasons for review are longer than 15 pages. 

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
COURT OF CRIMINAL APPEALS within thirty days after the date of this order.

En banc

Filed: December 12, 2007

Do Not Publish